UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:01-cr-179-T-24

LUIS ALBEIRO LOPEZ-RAMIREZ

_____/

## ORDER

This cause comes before the Court on Defendant Lopez-Ramirez's motion for reconsideration of this Court's July 5, 2012 order denying his motion for inclusion in an early disposition program and to reduce his sentence. (Doc. No. 121). There are three major grounds justifying reconsideration: (1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or to prevent manifest injustice. See U.S. v. Ayala, 2008 WL 2047927, at *1 (M.D. Fla. May 13, 2008)(citations omitted). The Court notes that reconsideration of a previous order is an extraordinary remedy to be employed sparingly. See id. (citation omitted).

Upon review, the Court concludes that Defendant has not shown that reconsideration is warranted. Accordingly, it is ORDERED AND ADJUDGED that Defendants motion for reconsideration (Doc. No. 121) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 19th day of September, 2012.

Copies to:
Pro Se Defendant

SUSAN C. BUCKLEW
United States District Judge